## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 13 EAL 2018
:
          Respondent :
:
: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
v. : **Order** of the Superior Court at No.
: 1392 EDA 2015 entered on December
: 12, 2017, **remanding** the Order of the
GARY GARNETT JORDAN, : Philadelphia County Court of Common
: Pleas at No. CP-51-CR-0014422-
          Petitioner : 2014 entered on April 13, 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2019, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** to that court for proceedings consistent with this Court's decision in *Commonwealth v. Perfetto*, __ A.3d __, 2019 WL 1866653 (Pa. Apr. 26, 2019).